# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| NEVADA TRUST COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:22-cv-00796 |
| | ) | |
| THE LINCOLN NATIONAL LIFE | ) | Hon. Steven C. Seeger |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Nevada Trust Company ("Plaintiff" or "Nevada Trust") and Defendant The Lincoln National Life Insurance Company ("Defendant" or "Lincoln") (collectively, the "Parties," or individually, a "Party") have reached an agreement to settle this case. Consistent with the Parties' negotiated settlement agreement, and pursuant to Rules 41(a)(1)(A)(ii) and 41(c)(1) of the Federal Rules of Civil Procedure, **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for the Parties, that the above-entitled action and the respective claims and counterclaims of the Parties as asserted against each other, or which could have been asserted, are hereby dismissed with prejudice and without costs to either Party.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that the undersigned attorneys executing this stipulation for each Party are authorized to do so by and on behalf of that Party.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this stipulation may be signed in counterparts, and that electronic or typed signatures of the attorneys indicated below shall be binding as original signatures.

| | | | |
|---|---|---|---|
| DATED: | October 19, 2022<br>Chicago, Illinois | DATED | October 19, 2022<br>Irving, TX |
| BY: | /s/ Stefan R. Dandelles<br>Stefan R. Dandelles<br>Daniel A. Brainard<br>**Kaufman Dolowich & Voluck, LLP**<br>30 N. Lasalle Street<br>Suite 1700<br>Chicago, Illinois 60602<br>Tel: (312) 759-1400<br>Fax: (312) 759-0402<br>sdandelles@kdvlaw.com<br>dbrainard@kdvlaw.com<br><br>*Counsel for The Lincoln National Life Insurance Company* | BY: | /s/ James Orr<br>James Orr<br>**Heygood, Orr & Pearson**<br>6363 N. State Highway 161, Suite 450 Irving, TX 75038<br>Tel: (214) 237-9001<br>Fax: (214) 237-9002<br>eric@hop-law.com<br><br>John Cushing<br>Michael Cushing<br>**Cushing Law Offices**<br>30 N. LaSalle, Suite 1728<br>Chicago, IL 60602<br>Tel: (312) 726-2323<br>mcushing@cushinglaw.com<br><br>*Counsel for Nevada Trust Company* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I served a true and correct copy of the foregoing electronically via the Court's CM/ECF system to all counsel of record.

Dated: October 19, 2022                                     /s/ Stefan R. Dandelles
                                                                              Stefan R. Dandelles

4863-3094-2010, v. 1