# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
### Eastern Division

Nevada Trust Company

                                                 Plaintiff,

v.                                                                                 Case No.: 1:22−cv−00796

                                                                                Honorable Steven C. Seeger

The Lincoln National Life Insurance Company, et al.

                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 20, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the stipulation of dismissal with prejudice (Dckt. No. [27]), which is self−effectuating under Rule 41(a)(1)(A)(ii). The complaint is dismissed. All pending motions are denied as moot. The case is closed. Civil case terminated. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.